UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

EILEEN MENDEZ, *as Legal Guardian of A.C., et al.*,

                        Plaintiffs,

-against-

DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*; and NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendants.

1:22-cv-08397 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a Status Conference with the parties on January 3, 2023. As discussed at that Status Conference, Defendants are directed to file a Status Report on or before January 10, 2023, confirming that the disputed transportation and tuition costs are in process.

**SO ORDERED.**

Date:  January 3, 2023
         New York, NY

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**