```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, *as Legal Guardian of A.C.*, et al.,

                Plaintiffs,

-against-

DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION

                Defendants.

1:22-cv-8397 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The remote Initial Pretrial Conference previously scheduled for February 17, 2023 at 2:30 PM is ADJOURNED to February 17, 2023 at 12:30 PM. The conference will be held via Microsoft Teams. The parties should dial (646) 453-4442 and use Conference ID: 960-674-448#

**SO ORDERED.**

**Date: January 31, 2023**
**New York, NY**

                                                      */s/ Mary Kay Vyskocil*
                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**