USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, *as Legal Guardian of A.C.*, et al.,

                Plaintiffs,

-against-

DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION

                Defendants.

1:22-cv-8397 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In light of the Court's Order of Reference to the Magistrate Judge to "oversee and resolve the parties ongoing disputes regarding the implementation of the Plaintiff students' pendency orders," [ECF No. 34], the Initial Pretrial Conference scheduled for February 17, 2023 is ADJOURNED *sine die*.

**SO ORDERED.**

Date: February 15, 2023
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**