```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Eileen Mendez, as Legal Guardian of A.C., et al.,** | |
| Plaintiffs, | 1:22-cv-08397 (MKV) (SDA) |
| -against- | **ORDER** |
| **David C. Banks, in his official capacity as Chancellor of the New York City Department of Education and New York City Department of Education,** | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference today, during which the parties informed the Court that there are no current disputes regarding the implementation of the Plaintiff students' pendency orders, and for the reasons stated on the record, it is hereby Ordered that between now and July 2023, the parties shall file a joint letter on the 10th of each month indicating whether or not any such disputes have arisen and, if so, the status of such disputes.

**SO ORDERED.**

Dated:    New York, New York
            February 23, 2023

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge